# Exhibit E

| | | |
|---|---|---|
| STATE OF TEXAS | } | |
| | } | In re Travis Treviño Runnels |
| COUNTY OF DALLAS | } | |

### AFFIDAVIT OF LILLIE MAE TAYLOR

LILLIE MAE TAYLOR, being first duly sworn, appeared before the undersigned authority duly designated to administer oaths and states as follows:

1. My name is Lillie Mae Taylor. I am over the age of 18 and otherwise competent to give this affidavit.

2. Travis Treviño Runnels is my grandson. Nancy Taylor is my daughter.

3. I was born and raised in South Dallas. I have lived here all of my life. I went to Booker Washington High School. In those days, Booker T. was an all black school.

4. I'm from the generation where blacks had to go to the back of bus. We couldn't drink from any of the public fountains, only the ones at school. If my friends and I went to a white restaurant and ordered food, we would have to stand outside and wait for it.

5. In the early 1900's, my grandfather, Allen Brooks, was lynched by a mob in downtown Dallas. My grandmother once told me something about my grandfather being dragged downtown by a mob of people. My grandfather was accused of molesting a white girl, but he was hanged before he ever went to trial.

6. When Travis was very young, maybe in elementary school, my brother, Horace Brooks, was killed by the police. Horace had health problems. It seemed like he lost his mind. The police shot Horace in the chest because they say he was chasing them with a boxcutter. They might have also said he had a gun, but Horace didn't have a gun.

7. Travis was not a bad kid. He just got into all kinds of trouble because he used to play around so much. He would run into things. He once ran into a fence outside of my house. He was running real hard, not looking where he was going, and he just ran into the fence and busted his lip.

8. Another time, Travis ran into a beehive. He got stung and his face got all swollen. One of his hands got swollen, too. It was so big. The only way I could describe it is it looked like a double-hand. It used to make me laugh sometimes, the kind of things he got into.

9. Travis was a very playful child. He always liked to play and joke a lot. He could not stay in one place.

10. Travis' grades were not too good in school. Travis was not too fond of school. I don't remember him having many school friends when he was young. He was mostly with his cousins.

11. I sometimes thought that Travis did not really understand what I was talking about. I would tell him something, and he would always say, "uh huh" or "yeah" but I don't think he always understood.

12. I think that Nancy paid more attention to Darmonica, Travis' older brother. Darmonica has sickle cell anemia. He always got a lot of attention from both his mother and father. Travis did not get along too well with his father, but his father was also not around very much. I think Travis' father not being around, and Darmonica getting a lot of attention, affected Travis.

13. When Nancy was married to Tommy Keith Neal ("Keith"), that affected Travis, too. Travis did not really like Keith because he would his on Travis' mom. Travis would always come over to my house because he didn't like being around Keith. I let him stay here. He would spend the night and my husband would take him to school in the morning.

14. Travis called the police on Keith once after Keith hit on Nancy. I think Nancy came to stay with me after that incident. Travis was so happy to have his mom around. But then Nancy eventually moved out and got back with Keith. It made Travis very sad.

15. Keith was just crazy. He served in the military, and I guess something happened to him there because he used to get a monthly check from the government. It was what we called a "crazy check." It was about $35 a month.

16. Whenever Travis misbehaved, I used to give him whoopings with a belt. Travis' grandfather would give him whoopings, too.

17. I went to Travis' trial with Travis' mother and father. We got to the court, and we waited and waited outside the courtroom. We spent the night in Amarillo and came back to court the next day. No one ever called us to testify. One of the attorneys just came out and told us the trial was over and that they wouldn't need us to testify.

18. I met Travis' attorney for the first time at Travis' trial. I never talked to anyone before that. If anyone had interviewed me before Travis' trial, I would have told them everything I have stated in this affidavit.

I have read this affidavit and swear upon pain of penalty and perjury that it is true and correct.

_Lillie Mae Kauflau_    9-3-2007

2

Signed                                                                                          Date

Signed and sworn before me this ___3rd___ day of September, 2007.

_____
Notary Public, State of Texas



ALMA LAGARDA
Notary Public
STATE OF TEXAS
My Comm. Exp.: 02-20-2011

3