CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2013 MAR -8 AM 8:44

DEPUTY CLERK_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| TRAVIS TREVINO RUNNELS, § <br> § <br> Petitioner, § <br> § <br> V. § <br> § <br> RICK THALER, Director, § <br> Texas Department of Criminal Justice, § <br> Correctional Institutions Division, § <br> § <br> Respondent. § | No. 2:12-CV-0074-J-BB <br> (death-penalty case) |

## SCHEDULING ORDER

A petition for writ of habeas corpus, numbered and styled as above, has been filed in this Court pursuant to the provisions of 28 U.S.C. § 2254. Accordingly, the Court **ORDERS** as follows:

RESPONDENT'S ANSWER: Respondent is directed to answer the petition within **ninety (90) days** of the date of this order as required by Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts. A true copy of the answer, together with a copy of any motion or brief filed therewith, shall be served on Petitioner in accordance with applicable rules and orders of this Court. Respondent shall file a certificate with the Clerk evidencing such service, and a copy of the relevant state court records when he files his answer or is otherwise directed by the Court.

PETITIONER'S OPPORTUNITY TO REPLY: Petitioner may file a reply to Respondent's answer, provided it is filed with the Clerk not more than **thirty (30) days** after the date of the certificate of service shown on the answer. A reply must be limited to the arguments raised in the answer and shall not include any new allegations of fact or new grounds for relief. Petitioner shall serve a copy of any reply on counsel for Respondent in accordance with applicable rules and orders of this Court.

BRIEFS: Briefs, as required or permitted by the provisions of this paragraph, should be double-spaced. Each argument with supporting citations in the brief should clearly specify the ground of the petition or numbered paragraph of the pleading it seeks to support or oppose. A copy of any brief must be properly served on the attorney of record for the opposing party and a certificate reflecting such service shall be included with the brief.

SERVICE OF PETITION AND ORDER: The Clerk shall serve electronically copies of the petition, and all other pleadings and orders in this case upon the Texas Attorney General, as counsel for Respondent. The Clerk shall serve a true copy of this order to the attorneys of record for each party in accordance with local rules and prior orders of this court.

**SO ORDERED**.

ENTERED this ___ day of March 2013.

_____
CLINTON E. AVERITTE
UNITED STATES MAGISTRATE JUDGE