CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS  2013 SEP -6  AM 10: 36
AMARILLO DIVISION

DEPUTY CLERK_____

| | | |
|---|---|---|
| TRAVIS TREVINO RUNNELS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | |
| | § | NO.  2:12-CV-0074-J-BB |
| RICK THALER, Director, | § | (death-penalty case) |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Defendant | § | |

## ORDER GRANTING UNOPPOSED MOTION FOR ADDITIONAL TIME

Came for consideration the above-entitled motion filed September 5, 2013 by petitioner

Runnels.   By his motion, petitioner seeks an additional thirty (30) days to file a Reply to

Respondent's Answer in this case.  The motion indicates that Respondent is unopposed.

Petitioner's motion is GRANTED.  Petitioner shall file his Reply on or before **November

5, 2013.**  Respondent shall file any surreply he wishes to file within twenty-one (21) days from the

day the Reply is filed.

IT IS SO ORDERED.

ENTERED this ___6th___day of September, 2013.


CLINTON E. AVERITTE
UNITED STATES MAGISTRATE JUDGE