IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION
No. 2:12-CV-74

| | |
|---|---|
| TRAVIS TREVINO RUNNELS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) DEATH PENALTY CASE |
| LORIE DAVIS, Director, | ) |
| Texas Department of Criminal Justice, | ) |
| Correctional Institutions Division, | ) |
| | ) |
| Respondent. | ) |
| | ) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**OBJECTIONS TO THE
REPORT AND RECOMMENDATION**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Comes now the Petitioner, Travis Trevino Runnels, by and through counsel, and respectfully objects, pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, to the September 29, 2017 Report and Recommendation of Magistrate Judge Clinton E. Averitte (Doc. 73) that Petitioner's request for relief pursuant to Federal Rule of Civil Procedure 60(b) (Docs. 52, 53) be transferred to the United States Court of Appeals for the Fifth Circuit as a second-or-successive petition. Mr. Runnels' specific objections and supporting arguments are described in the supporting brief filed contemporaneously with this pleading.

Respectfully submitted this the 13th day of October 2017.

/s/Janet Gilger-VanderZanden
Janet Gilger-VanderZanden
13785 Research Blvd., Ste. 125
Austin, TX 78750
512-524-9753
TX State Bar No. 24079978
janet@jvzlaw.com

1

/s/Mark J. Pickett
Mark J. Pickett
Center for Death Penalty Litigation
123 W. Main Street, Suite 700
Durham, NC  27701
Tel.: 919-956-9545
Fax: 919-956-9547
NC State Bar No. 39986
mpickett@cdpl.org

**CERTIFICATE OF SERVICE**

    I hereby certify that on this day I electronically filed the forgoing Objections to the Report and Recommendation with the Clerk of Court using the CM/ECF system, which will send notification of such filing to Respondent Lorie Davis, Director TDCJ-CID, by and through the attorney of record, Jefferson David Clendenin.

    This the 13th day of October, 2017.

                                   /s/Mark J. Pickett
                                   Mark J. Pickett