# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001



June 24, 2019

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re: Travis Trevino Runnels
        v. Lorie Davis, Director, Texas Department of Criminal Justice,
        Correctional Institutions Division
        No. 18-8440
        (Your No. 17-70031)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion of respondent for leave to file a brief in opposition under seal with redacted copies for the public record is granted. The motion of petitioner for leave to file a reply brief under seal with redacted copies for the public record is granted. The petition for a writ of certiorari is denied.

                                            Sincerely,

                                            **Scott S. Harris**, Clerk